IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PRIETO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-07-037 |
| | § | |
| UNIVERSAL UNDERWRITERS OF | § | |
| TEXAS INSURANCE, | § | |
| ZURICH SERVICES | § | |
| CORPORATION-MCSC, and | § | |
| CARMEN E. ROARK, | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 2 1 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER & OPINION

BE IT REMEMBERED, that on February 21, 2008, the Court considered the parties' Notice of Settlement and Stipulation of Dismissal with Prejudice. Dkt. No. 23.

The parties state that they have settled the matter and agree to dismiss the case. Dkt. No. 23, at 1. Counsel for both Plaintiff and Defendants signed the stipulation of dismissal. *Id.* at 2. FED. R. CIV. P. 41(a)(1)(ii) ("[A]n action may be dismissed by the plaintiff without an order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action.").

Therefore, pursuant to Federal Rule of Civil Procedure 42(a)(1)(ii), the Court **GRANTS** parties' Notice of Settlement and Stipulation of Dismissal with Prejudice. Dkt. No. 23. The instant action is hereby dismissed with prejudice. Accordingly, the Court **ORDERS** the Clerk of the Court to close this case.

DONE at Brownsville, Texas, on February 21, 2008.

Hilda G. Tagle
United States District Judge